UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


LIONEL GARY SIROIS,

     Petitioner,                                             Case No. 1:08-cv-106

v                                                                      HON. JANET T. NEFF

CARMEN PALMER,

     Respondent.

_____/


**<u>FINAL ORDER</u>**

     This is a habeas corpus petition filed pursuant to 28 U.S.C. § 2254.  The matter was referred

to the Magistrate Judge, who issued a Report and Recommendation, recommending that this Court

deny the petition.  The Report and Recommendation was duly served on the parties.  No objections

have been filed, see 28 U.S.C. § 636(b)(1), and the Court issues this Final Order [*See* RULES

GOVERNING § 2254 CASES, Rule 11 (referring to the order disposing of a habeas petition as a

"final order").]

     **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate

Judge (Dkt 24) is APPROVED and ADOPTED as the opinion of the Court and the petition for

habeas corpus relief (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

     **IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. §

2253(c) is DENIED as to each issue asserted.  *See* RULES GOVERNING § 2254 CASES, Rule 11

(requiring the district court to "issue or deny a certificate of appealability when it enters a final

order").  Petitioner has not demonstrated that reasonable jurists would find the Court's rulings debatable or wrong.  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Murphy v. Ohio*, 263 F.3d 466, 466-67 (6th Cir. 2001).


Date: November 10, 2010                              /s/Janet T. Neff
                                                 JANET T. NEFF
                                                 United States District Judge